# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK ROY,<br><br>        Plaintiff,<br><br>    v.<br><br>PENN NATIONAL INSURANCE COMPANY,<br><br>        Defendant. | Civil Action No. 18-11489 (MAS) (LHG)<br><br>**MEMORANDUM ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |

This matter comes before the court on the application of Plaintiff Frank Roy to proceed without prepayment of fees under 28 U.S.C. § 1915. (Application, ECF 1-1.) The Court denies Plaintiff's application for indigence without prejudice because Plaintiff failed to provide essential information necessary for the Court to determine whether he is economically eligible to proceed *in forma pauperis*. Specifically, the Court finds Plaintiff's response to the following items illegible: (1) question one's inquiry about Plaintiff's "Other" income (*id.* at 2); (2) question eight's inquiry about "Rent or home-mortgage payment" expenses and "Motor Vehicle" payments (*id.* at 4); and (3) question nine's inquiry about Plaintiff's expectation of major income changes (*Id.* at 5). Plaintiff further failed to provide a total monthly income or expense calculation, and failed to provide an asset amount for his automobile. (*Id.* at 2, 3, 5.) Finally, Plaintiff's response to question eight's inquiry about his rental or mortgage payment differs from his answer in a companion *in forma pauperis* application. (*See id.* at 3; *see also Roy v. Bumb*, 3:18-cv-12736, ECF 1-1.)

Accordingly,

IT IS on this 12th day of September 2018, **ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 1-1) is **DENIED WITHOUT PREJUDICE**.

2. By **September 21, 2018**, Plaintiff may refile an application to proceed *in forma pauperis* using the Long Form Application entitled Form AO 239, found at http://www.uscourts.gov/forms/fee-waiver-application-forms/application-proceed-district-court-without-prepaying-fees-or.

3. The clerk is ordered to close the file. Plaintiff may submit payment in the amount of **$400** by **September 21, 2018**, at which time the Court will reopen the matter. If Plaintiff refiles an amended *in forma pauperis* application, the Court will reopen the matter and review the application pursuant to 28 U.S.C. § 1915.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE